JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

JAIME KAEMPEN, an individual,

Plaintiff,

v.

SYNEOS HEALTH US, INC., a Delaware corporation; and DOES 1 through 100, inclusive,

Defendants.

Case No. 8:25-cv-00852 DOC (ADSx)

**ORDER OF DISMISSAL [40]**

Complaint Filed: March 12, 2025
Trial Date:       None Set
District Judge:    Hon. David O. Carter
Magistrate Judge: Hon. Autumn D. Spaeth

Having considered the Parties' Joint Stipulation of Dismissal, and finding that good cause exists, the Court hereby **ORDERS** that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs.  The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED:  January 16, 2026        By: _David O. Carter_____

Honorable David. O. Carter
United States District Court Judge

1
ORDER OF DISMISSAL

Case No. 8:25-cv-00852 DOC (ADSx)